RECEIVED
JUN 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOSEPH JACQUET
    LA. DOC #118386            CASE NO.: 1:12-cv-00049

VERSUS                            JUDGE JAMES T. TRIMBLE, JR

WARDEN LYNN COOPER          MAGISTRATE JUDGE JAMES D. KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2254 is deemed successive and is DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 12th day of June, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE